**Order entered May 14, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00163-CV

**RICHARD BROCK COMPTON, IVY CREEK INVESTMENTS, LTD., MINERAL POINT HOLDING CO., LLC, AND KAZOKU INVESTMENTS LTD., Appellants**

**V.**

**KELLY MARIE HOGLUND COMPTON, Appellee**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-25368**

### ORDER

Before the Court is appellants' written verification of payment for the reporter's record. Accordingly, we **ORDER** Glenda Finkley, Official Court Reporter for the 256th Judicial District Court, to file the reporter's record no later than June 14, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finkley and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE